# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Garner Properties & Management, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Marblecast of Michigan, Inc., and American Woodmark Corporation,<br><br>　　　　　　Defendants. | Misc. Case No. _____18 mc 249_____<br><br>Underlying Case in the U.S. District Court for the Eastern District of Michigan, Civil Action No. 17-cv-11439<br><br>**NOTICE OF MOTION TO QUASH THE SUBPOENA DATED MAY 11, 2018** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 to Federal Rule of Civil Procedure, upon the accompanying Memorandum of Law in Support of Non-Party Contractors Register Inc.'s Motion to Quash the Subpoena dated May 11, 2018 and the exhibits thereto, Non-Party Contractors Register Inc. will move this Court, the United States District Court for the Southern District of New York, at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601-4100, at a date and time to be determined by the Court, for an Order quashing the subpoena dated May 11, 2018.

Dated: June 7, 2018　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　*/s/　Kiran Patel*_____
　　　　　　　　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10020-1089
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 768-6700
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　kiran.patel@dentons.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Non-Party Contractors Register, Inc.*